UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:19-cv-80834-DMM

| | |
|---|---|
| JOUREY NEWELL, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CREDITGUARD OF AMERICA, INC., a Florida corporation,<br><br>*Defendant.* | **CLASS ACTION** |

**NOTICE OF SETTLEMENT**

Plaintiff Jourey Newell hereby gives notice that the parties have reached a settlement in principle of Plaintiff's individual claims, and respectfully requests that all current deadlines be suspended for 30 days to allow the parties to memorialize their settlement in a written agreement.

Dated:  August 28, 2019.

                                              */s/ Avi Kaufman*
                                              Avi R. Kaufman (FL Bar no. 84382)
                                              kaufman@kaufmanpa.com
                                              Rachel E. Kaufman (FL Bar no. 87406)
                                              rachel@kaufmanpa.com
                                              KAUFMAN P.A.
                                              400 NW 26th Street
                                              Miami, FL 33127
                                              Telephone: (305) 469-5881

                                              *Counsel for Plaintiff Jourey Newell*