UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 9:19-CV-80834-DMM

JOUREY NEWELL, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.

CREDITGUARD OF AMERICA, INC.,
a Florida corporation,

    Defendant.
_____/

**STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff, JOUREY NEWELL and defendant, CREDITGUARD OF AMERICA, INC., by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety with prejudice as to Jourey Newell's individual claims against defendant CreditGuard of America, Inc., and without prejudice as to the claims of the putative class members.

**IT IS SO STIPULATED.**

Dated: September 5, 2019        **KAUFMAN, PA.**

        By:   /s/ *Avi Kaufman*
            Avi Kaufman
        *Attorneys for Plaintiff*

        **AKERMAN LLP**

        By:   /s/ *Jeffrey Pertnoy*
            Jeffrey Pertnoy
        *Attorneys for Defendant*