UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-80834-CV-MIDDLEBROOKS

JOURNEY NEWELL, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

CREDIT GUARD OF AMERICA, INC.,
a Florida Corporation,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on September 5, 2019. (DE 20). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that

1. This action **DISSMISSED WITH PREJUDICE** as to **Plaintiff Journey Newell.**

2. This action is **DISSMISSED WITHOUT PREJUDICE** as to potential future claims of the **putative class members.**

3. The Clerk of Court shall **CLOSE this CASE**.

4. The Clerk shall also **DENY** all pending motions **AS MOOT.**

**SIGNED** in Chambers in West Palm Beach, Florida, this 6 day of September, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record